UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KELLY D. MYERS-CLARK, Personal Representative of the ESTATE OF CHRISTOPHER M. CLARK,

Plaintiff,

v.

FRAHLER ELECTRIC COMPANY, a Foreign Corporation; and YORKE & CURTIS, INC., a Foreign Corporation,

Defendants.

Case No. C05-5553JKA

ORDER GRANTING DEFENDANT YORKE & CURTIS' MOTION FOR AN ORDER OF PRODUCTION OF MILITARY RECORDS

Having considered the stipulated motion by Defendant Yorke & Curtis, it is

HEREBY ORDERED that any governmental entity served with this Order is hereby ordered to produce any requested military related records within 30 days of the date of service of this Order.

DATED this 2nd day of November, 2006.

*/s/ J. Kelley Arnold*
United States Magistrate Judge

Presented by:
Ted Sumner, WSBA#36441
Abbott & Paris, P.C.
111 SW Fifth Avenue, Suite 2650
Portland, OR 97204
Telephone: (503) 595-9510
Facsimile: (503) 595-9519
E-mail: tsumner@abbottparis.com

ORDER GRANTING DEFENDANT YORKE & CURTIS' MOTION FOR AN ORDER OF PRODUCTION OF MILITARY RECORDS(C05-5553 JKA)   Page 1

ABBOTT & PARIS, P.C.
111 SW Fifth Avenue, Suite 2650
Portland, Oregon  97204
(503) 595-9510
Fax (503) 595-9519