1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

KELLY D. MYERS-CLARK, Personal
Representative of the ESTATE OF
CHRISTOPHER M. CLARK,

11

Plaintiff,

NO.  C05-5553JKA

12

v.

13

14

FRAHLER ELECTRIC COMPANY, a
Foreign Corporation; and YORKE & CURTIS,
INC., a Foreign Corporation,

ORDER GRANTING PLAINTIFF'S
MOTION TO FILE AN OVER-LENGTH
BRIEF

15

Defendants.

16

17

THIS CAUSE coming on regularly for hearing before the undersigned Judge of the

18

above-entitled Court, upon the motion of the Plaintiff for leave to file an over-length brief in

19

response to Defendants Frahler Electric Company and Yorke & Curtis' Objection to Expert

20

Testimony and Motion to Exclude,

21

The Court having reviewed the motion, hereby FINDS that Plaintiff's motion should be

22

granted.

23

///

24

ORDER  - 1

1       NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that

2   Plaintiff is allowed to file an over-length brief in response to Defendants Frahler Electric

3   Company and Yorke & Curtis' Objection to Expert Testimony and Motion to Exclude.

4       DATED:  January 10, 2006.

5

6                                  _J. Kelley Arnold_____
                                   U.S. MAGISTRATE JUDGE

7

8
    Presented by:
9

10  _____
    Keith L. Kessler, WSBA #4720
11  Ray W. Kahler, WSBA #26171
    Of Stritmatter Kessler Whelan Coluccio
12  Co-Counsel for Plaintiff Clark

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2