HONORABLE J. KELLEY ARNOLD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KELLY D. MYERS-CLARK, Personal Representative of the ESTATE OF CHRISTOPHER M. CLARK,<br><br>Plaintiff,<br><br>vs.<br><br>FRAHLER ELECTRIC COMPANY, a Foreign Corporation; and YORKE & CURTIS, INC., a Foreign Corporation,<br><br>Defendants. | NO. CO5-5553 FDB<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE OVER-LENGTH REPLY BRIEF |

THIS CAUSE coming on regularly for hearing before the undersigned Judicial Magistrate of the above-entitled Court, upon the Motion of Defendants Frahler Electric Company and Yorke & Curtis for leave to file an over-length brief in Reply to Plaintiff's Memorandum in Opposition to Defendants' Joint Objection to Expert Testimony and Motion to Exclude,

ORDER - 1

060356.000108\#Proposed Order

**REED McCLURE**
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152

1   The Court having reviewed the Motion, hereby finds that Defendants' Motion should
2   be **GRANTED.**
3   NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that
4   Defendants be permitted to file an over-length brief in Reply to Plaintiff's Memorandum in
5   Opposition to Defendants' Joint Objection to Expert Testimony and Motion to Exclude.
6   Dated this 18th day of January, 2007.

*/s/ J. Kelley Arnold*
United States Magistrate Judge

Presented By:

| REED McCLURE | ABBOTT & PARIS, P.C. |
|---|---|
| /s/ Michael G. Howard | /s/ Ted Sumner |
| Michael G. Howard, WSBA #31808 | Ted Sumner, WSBA #36441 |
| E-mail: mhoward@rmlaw.com | E-mail: tsumner@abbottparis.com |
| Of Attorneys for Defendant Frahler Electric | Of Attorneys for Defendant Yorke & Curtis, Inc. |

ORDER - 2

060356.000108\#Proposed Order

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152