The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELLY D. MYERS-CLARK, Personal Representative of the ESTATE OF CHRISTOPHER M. CLARK,<br><br>Plaintiff,<br><br>v.<br><br>FRAHLER ELECTRIC COMPANY, a Foreign Corporation; and YORKE & CURTIS, INC., a Foreign Corporation,<br><br>Defendants. | NO.  3:05-cv-05553-JKA<br><br>ORDER APPOINTING SETTLEMENT GUARDIAN AD LITEM PURSUANT TO FRCP 17 AND SPR 98.16W |

THIS MATTER having come on before the United States District Court upon the Petition of Keith L. Kessler and Stritmatter Kessler Whelan Coluccio, co-counsel for Plaintiff, this Court having before it the records and files of this cause, and having reviewed the Petition filed herein seeking the appointment of a Settlement Guardian ad Litem, this Court FINDS as follows:

1. That the settlement proceeds in the amount of $900,000 must be properly distributed among the beneficiaries of the Estate of Christopher M. Clark;

2. The interests of K.C., a minor child of Christopher M. Clark and a beneficiary of his estate, must be protected in the course of the distribution of the proceeds of the settlement

ORDER APPOINTING SGAL - 1

agreement;

3. Attorney Jack Welch has the appropriate expertise and background to serve as Settlement Guardian ad Litem for the minor child; and

4. The settlement proceeds in this matter should be distributed in accordance with a plan submitted by the Settlement Guardian ad Litem as to the minor child, and approved by this Court.

Upon the basis of these FINDINGS, this Court hereby ORDERS as follows:

1. Attorney Jack Welch is herewith appointed Settlement Guardian ad Litem for K.C., a minor child;

2. The Settlement Guardian ad Litem shall familiarize himself with the facts of this case and the settlement agreement reached between the parties, and shall evaluate that settlement and a proposed distribution plan taking into account the best interests of the minor child, K.C.;

3. The Settlement Guardian ad Litem shall prepare a Report to this Court recommending a distribution of settlement proceeds taking into account the best interests and needs of the minor child, K.C.

DATED: March 14, 2007.

/s/ J. Kelley Arnold
The Honorable J. Kelley Arnold
Judge

Presented by:

_____
KEITH L. KESSLER, WSBA #4720
Of Stritmatter Kessler Whelan Coluccio
Petitioner

ORDER APPOINTING SGAL - 2