The Honorable J. Kelley Arnold
Friday, April 20, 2007
Without Oral Argument

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| KELLY D. MYERS-CLARK, Personal Representative of the ESTATE OF CHRISTOPHER M. CLARK,<br><br>Plaintiff,<br><br>v.<br><br>FRAHLER ELECTRIC COMPANY, a Foreign Corporation; and YORKE & CURTIS, INC., a Foreign Corporation,<br><br>Defendants. | NO. 3:05-cv-05553-JKA<br><br>ORDER APPROVING SETTLEMENT OF CASE ON BEHALF OF MINOR |

THIS MATTER having come on before this Court for review of a settlement agreement and distribution of settlement proceeds on behalf of a minor beneficiary of the decedent's estate, this Court having before it the records and files of this cause, having reviewed the Petition for Approval of Settlement of Case on Behalf of Minor, having also reviewed the Report of Settlement Guardian ad Litem, having independently reviewed the settlement, and understanding the nature of this case both as to liability and damages claims and defenses, this Court OBSERVES:

ORDER APPROVING SETTLEMENT
OF CASE ON BEHALF OF MINOR         - 1

STRITMATTER KESSLER WHELAN COLUCCIO

413 Eighth Street
Hoquiam, WA 98550
Tel: 360-533-2710

1. The Settlement Guardian ad Litem has, to the satisfaction of this Court, fully examined and evaluated the settlement agreement as it pertains to the minor, as set forth in the Report of Settlement Guardian ad Litem; and

2. The analysis of the Settlement Guardian ad Litem is that the settlement is warranted, is in the minor's best interests, and should be approved by this Court.

Upon the basis of the Report of Settlement Guardian ad Litem recommending approval of the settlement as being in the best interests of the minor, as well as upon this Court's independent analysis of the settlement, this Court FINDS:

1. The amount provided for the mother of the minor child will assist with the child's care during the interim period of her minority;

2. The structured settlement for the minor will provide her with educational and housing assistance; and

3. The settlement is in the best interests of the minor.

Based upon these Findings, this Court APPROVES the settlement agreement as to the claims of this minor child, and ORDERS that the parties to this matter execute all appropriate settlement documents pertaining to the minor's claims.

This Court further ORDERS that the Settlement Guardian ad Litem shall be discharged upon execution of the settlement documents.

This Court further ORDERS that Stritmatter Kessler Whelan Coluccio is directed to disburse the settlement funds for payment of costs, attorney's fees, payment to the Washington

ORDER APPROVING SETTLEMENT
OF CASE ON BEHALF OF MINOR       - 2

Department of Labor & Industries, and payment to Kelly Myers-Clark, as set forth in the Report of the Settlement Guardian ad Litem

DATED: April 20th, 2007.

                                  /s/ J. Kelley Arnold
                                  The Honorable J. Kelley Arnold
                                  Judge

Presented by:

_____
KEITH L. KESSLER, WSBA #4720
Of Stritmatter Kessler Whelan Coluccio
Petitioner/Co-counsel for Plaintiff

ORDER APPROVING SETTLEMENT
OF CASE ON BEHALF OF MINOR      - 3