The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELLY D. MYERS-CLARK, Personal Representative of the ESTATE OF CHRISTOPHER M. CLARK,<br><br>        Plaintiff,<br><br>        v.<br><br>FRAHLER ELECTRIC COMPANY, a Foreign Corporation; and YORKE & CURTIS, INC., a Foreign Corporation,<br><br>        Defendants. | NO. 3:05-cv-05553-JKA<br><br>STIPULATION AND ORDER OF DISMISSAL |

**STIPULATION**

COME NOW the parties here to and hereby stipulate and agree that this matter may be dismissed with prejudice and without costs to any party.

DATED: August ___, 2007.

ORDER APPROVING SETTLEMENT
OF CASE ON BEHALF OF MINOR        - 1

| | |
|---|---|
| _____ | _____ |
| Keith L. Kessler, WSBA #4720 | Ted Sumner, WSBA # 36441 |
| Of Stritmatter Kessler Whelan Coluccio | Of Abbott & Prange, P.C. |
| Co-counsel for Plaintiff | Attorneys for Defendant Yorke & Curtis |
| | |
| _____ | _____ |
| Paul L. Henderson, WSBA #8729 | Michael Howard, WSBA #31808 |
| Law office of Paul L. Henderson | Of Reed McClure |
| Co-counsel for Plaintiff | Attorneys for Defendant Frahler Electric |

**ORDER**

THIS MATTER, having come on before the undersigned United States Magistrate Judge for the United States District Court for the Western District of Washington at Tacoma, this Court having determined that this matter has been settled by the parties, and that it is appropriate to dismiss the case with prejudice and without costs to any party, Now, Therefore,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, and without costs to either party.

DATED:   August 29, 2007.

  /s/ *J. Kelley Arnold*_____
The Honorable J. Kelley Arnold
United States Magistrate Judge

Presented on behalf of the parties by:

_____
Keith L. Kessler, WSBA #4720
Of Stritmatter Kessler Whelan Coluccio
Co-counsel for Plaintiff

ORDER APPROVING SETTLEMENT
OF CASE ON BEHALF OF MINOR        - 2